NUMBERS 13-03-693-CV, 13-03-694-CV, and 13-03-695-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________
 
JERRY STEVEN SONDAG,                                                 Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 24th District Court
of Jackson County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza
Opinion Per Curiam

         Appellant, JERRY STEVEN SONDAG, perfected appeals from judgments entered
by the 24th District Court of Jackson County, Texas, in cause numbers 02-8-11925,
02-8-11926, and 02-8-11927. After the notices of appeal were filed, appellant filed
motions to dismiss the appeals. In the motions, appellant states that all matters in
controversy between appellant and appellee have been fully and completely
compromised and settled. Appellant requests that this Court dismiss the appeals.
         The Court, having considered the documents on file and appellant’s motions to
dismiss the appeals, is of the opinion that the motions should be granted. Appellant’s
motions to dismiss are granted, and the appeals are hereby DISMISSED.
                                                               PER CURIAM

Opinion delivered and filed this
the 8th day of January, 2004.